**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher Guerrino                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11629 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
27 Jul 2023, 17:17:28, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322