# Earnings Statement

**ADP**

V62  903305  267  0000201659

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Period Beginning: 05/06/2023
Period Ending: 05/19/2023
Pay Date: 05/19/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table, $75 Extra Withholding

CHRISTOPHER GUERRINO
19 MOYER ROAD
CHALFONT PA 18914

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2910.41 | 77.50 | 2,910.41 | 28,704.61 |
| Retro Pay | | | | 28.53 |
| Staff Tenure | | | | 280.00 |
| **Gross Pay** | | | **$2,910.41** | 29,013.14 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,555.01

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -339.43 | 3,364.27 |
| | Social Security Tax | -178.37 | 1,777.66 |
| | Medicare Tax | -41.71 | 415.74 |
| | PA State Income Tax | -87.37 | 870.93 |
| | Chalfont Bor Income Tax | -28.46 | 283.70 |
| | NJ SUI Tax | -12.37 | 123.31 |
| | NJ Paid Family Leave Ins | -1.75 | 17.41 |
| | **Other** | | |
| | Aetna Dental | -9.93* | 99.30 |
| | CIGNA EE Lif | -32.40 | 324.00 |
| | CIGNA Vision | -4.32* | 43.20 |
| | Hospital Indemn | -2.79 | 27.90 |
| | Identity Theft | -3.46 | 34.60 |
| | Medical - Cigna | -50.11* | 501.10 |
| | 401-K Contrib | -291.04* | 2,615.08 |
| | 401K Loan Pmt | -34.89 | 348.90 |
| | **Net Pay** | | **$1,792.01** |
| | Checking #1 | -1,792.01 | |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information** | this period | total to date
---|---|---
Gr Term Life In | 30.88 | 302.36
Sickhrs Balance | | 65.95
401K | | 2,615.08

**Important Notes**
609-883-3900

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 NJ: Single
 PA: Single
Exemptions/Allowances:
 NJ: 0, Table A
 PA: 0

© 2000 ADP, Inc.

---

CENLAR FSB
425 PHILLIPS BLVD
EWING, NJ 08618-1430
COMPANY PH #:609-883-3900

Advice number: 00000201659
Pay date: 05/19/2023

**THIS IS NOT A CHECK**

Deposited to the account of | account number | transit ABA | amount
---|---|---|---
**CHRISTOPHER GUERRINO** | xxxxxx1777 | xxxx xxxx | $1,792.01

**NON-NEGOTIABLE**

# Earnings Statement

ADP

CENLAR FSB
425 PHILLIPS BLVD
EWING,NJ 08618-1430
COMPANY PH #:609-883-3900

Period Beginning: 04/22/2023
Period Ending: 05/05/2023
Pay Date: 05/05/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table,$75 Extra Withholding

CHRISTOPHER GUERRINO
19 MOYER ROAD
CHALFONT PA 18914

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2910.41 | 77.50 | 2,910.41 | 25,794.20 |
| Retro Pay | | | | 28.53 |
| Staff Tenure | | | | 280.00 |
| **Gross Pay** | | | **$2,910.41** | 26,102.73 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,584.11

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -345.83 | 3,024.84 |
| | Social Security Tax | -178.37 | 1,599.29 |
| | Medicare Tax | -41.72 | 374.03 |
| | PA State Income Tax | -87.37 | 783.56 |
| | Chalfont Bor Income Tax | -28.46 | 255.24 |
| | NJ SUI Tax | -12.37 | 110.94 |
| | NJ Paid Family Leave Ins | -1.74 | 15.66 |
| | **Other** | | |
| | Aetna Dental | -9.93* | 89.37 |
| | CIGNA EE Lif | -32.40 | 291.60 |
| | CIGNA Vision | -4.32* | 38.88 |
| | Hospital Indemn | -2.79 | 25.11 |
| | Identity Theft | -3.46 | 31.14 |
| | Medical - Cigna | -50.11* | 450.99 |
| | 401-K Contrib | -261.94* | 2,324.04 |
| | 401K Loan Pmt | -34.89 | 314.01 |
| **Net Pay** | | **$1,814.71** | |
| Checking #1 | | -1,814.71 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gr Term Life In | 30.88 | 271.48 |
| Sickhrs Balance | | 73.70 |
| 401K | | 2,324.04 |

**Important Notes**
609-883-3900

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
    NJ:    Single
    PA:    Single
Exemptions/Allowances:
    NJ:    0,Table A
    PA:    0

© 2000 ADP, Inc.

---

CENLAR FSB
425 PHILLIPS BLVD
EWING,NJ 08618-1430
COMPANY PH #:609-883-3900

Advice number: 00000181680
Pay date: 05/05/2023

Deposited to the account of
**CHRISTOPHER GUERRINO**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1777 | xxxx xxxx | $1,814.71 |



**NON-NEGOTIABLE**