United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher Guerrino  
    Debtor

Case No. 23-11629-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 6  
Date Rcvd: Dec 14, 2023      Form ID: 155      Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Guerrino, 19 Moyer Road, Chalfont, PA 18914-3126 |
| 14803634 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14787245 | | PNC FINANCIAL, PNC CB INVESTIGATIONS, CLEVELAND, OH 44101 |
| 14787249 | + | SERVICE FINANCE COMPANY, PO BOX 645775, Cincinnati, OH 45264-5775 |
| 14801558 | + | Truist Bank, Service Finance Company, LLC, 555 S. Federal Hwy # 200, Boca Raton, FL 33432-6033 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14787184 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 00:23:58 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14787188 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 00:23:58 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14797872 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 00:23:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787194 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2023 00:09:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14787192 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2023 00:09:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14787196 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2023 00:09:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 14787198 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2023 00:09:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 14800691 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2023 00:09:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14787200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:23:45 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14787204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:23:45 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14787215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:13:25 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14787214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:13:25 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14787216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:24:05 | CITIBANK/BEST BUY, CITICORP CR |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14787217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:13:25 | CITIBANK/BEST BUY, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14787219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:23:54 | CITIBANK/EXXON MOBILE, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14787218 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:23:59 | CITIBANK/EXXON MOBILE, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14787221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:23:44 | CITIBANK/SHELL OIL, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14787220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:23:46 | CITIBANK/SHELL OIL, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14787223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:24:07 | CITIBANK/SUNOCO, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14787222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 00:12:58 | CITIBANK/SUNOCO, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 14798269 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 00:23:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14787225 | + | Email/Text: mrdiscen@discover.com | Dec 15 2023 00:09:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14787224 | + | Email/Text: mrdiscen@discover.com | Dec 15 2023 00:09:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14789541 | | Email/Text: mrdiscen@discover.com | Dec 15 2023 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14787227 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2023 00:09:00 | FNB OMAHA, ATTN: BANKRUPTCY, P.O. BOX 3128, OMAHA, NE 68103 |
| 14787228 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2023 00:09:00 | FNB OMAHA, P.O. BOX 3412, OMAHA, NE 68197 |
| 14789816 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2023 00:09:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 14787229 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 15 2023 00:10:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 14787230 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 15 2023 00:10:00 | GENESIS FS CARD SERVICES, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14787231 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 15 2023 00:09:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14787232 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 15 2023 00:09:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14806287 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2023 00:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14787209 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2023 00:13:22 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14787208 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2023 00:24:04 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14787211 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2023 00:23:44 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14794256 | + | Email/Text: RASEBN@raslg.com | Dec 15 2023 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14787233 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2023 00:09:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 14787234 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2023 00:09:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 14799819 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 00:13:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800081 | | Email/Text: camanagement@mtb.com | Dec 15 2023 00:09:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14799663 | ^ | MEBN | Dec 15 2023 00:07:41 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14803164 | ^ | MEBN | Dec 15 2023 00:07:47 | Lakeview Loan Servicing,LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14787235 | | Email/Text: camanagement@mtb.com | Dec 15 2023 00:09:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 14787236 | | Email/Text: camanagement@mtb.com | Dec 15 2023 00:09:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 14787239 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | NAVY FCU, 820 FOLLIN LANE SE, VIENNA, VA 22180-4907 |
| 14787240 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14787238 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIED, VA 22119-3000 |
| 14787237 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14789445 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14787241 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2023 00:10:00 | Navy Federal Credit Union, PO BOX 3501, Merrifield, VA 22119-3501 |
| 14805140 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2023 00:09:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14787243 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2023 00:09:00 | PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 14806316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2023 00:13:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14787242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:23:48 | Paypal Credit/SVCS/SYNCB, PO BOX 71718, Philadelphia, PA 19176-1718 |
| 14797531 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2023 00:09:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14787248 | + | Email/Text: servicing@svcfin.com | Dec 15 2023 00:09:00 | SERVICE FINANCE COMPANY, 555 S FEDERAL HIGHWAY, BOCA RATON, FL 33432-6033 |
| 14787247 | ^ | MEBN | Dec 15 2023 00:07:56 | SERVICE FINANCE COMPANY, ATTN: BANKRUPTCY, PO BOX 2935, GAINESVILLE, GA 30503-2935 |
| 14787250 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:12:22 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14787251 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:23:58 | SYNCHRONY BANK/AMAZON, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14787252 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:13:22 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 14787253 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:12:23 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14787254 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:13:01 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14787255 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:23:43 | SYNCHRONY BANK/GAP, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14787256 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:23:55 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14787257 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:24:04 | SYNCHRONY BANK/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14787259 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:13:23 | SYNCHRONY/PAYPAL CREDIT, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14787258 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 00:23:48 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14805880 | + Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 00:23:59 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14787260 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | U.S. BANKCORP, ATTN: BANKRUPTCY, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402-7000 |
| 14787261 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | U.S. BANKCORP, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 14805675 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14800460 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14787226 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | Elan Financial Services, PO BOX 790408, Saint Louis, MO 63179 |
| 14787265 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | US BANK/RMS, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 14787262 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 15 2023 00:09:00 | US BANK/RMS, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201-5229 |
| 14787269 | + Email/Text: bkelectronicnotices@usaa.com | Dec 15 2023 00:09:00 | USAA FEDERAL SAVINGS BANK, 10750 MC DERMOTT, SAN ANTONIO, TX 78288-1600 |
| 14787268 | + Email/Text: bkelectronicnotices@usaa.com | Dec 15 2023 00:09:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDRICKSBURG RD, SAN ANTONIO, TX 78288-0002 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 82 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14787185 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14787186 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14787187 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14787189 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14787190 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14787191 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14797874 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797879 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797880 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787195 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14787193 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14787197 | *+ | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 14787199 | *+ | BARCLAYS BANK DELAWARE, P.O. BOX 8803, WILMINGTON, DE 19899-8803 |
| 14787201 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14787202 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14787203 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14787205 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14787206 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14787207 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14787210 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14787212 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14787213 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14789518 | *+ | NAVY FEDERAL CREDIT UNION, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14787244 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 14787246 | * | PNC FINANCIAL, PNC CB INVESTIGATIONS, CLEVELAND, OH 44101 |
| 14787266 | * | US BANK/RMS, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 14787267 | * | US BANK/RMS, CB DISPUTES, SAINT LOUIS, MO 63166 |
| 14787263 | *+ | US BANK/RMS, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201-5229 |
| 14787264 | *+ | US BANK/RMS, ATTN: BANKRUPTCY, PO BOX 5229, CINCINNATI, OH 45201-5229 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DOUGLAS RICHARD BLECKI | on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 82 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

STEPHEN MATTHEW DUNNE
    on behalf of Defendant Christopher Guerrino bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Christopher Guerrino bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Guerrino
       Debtor(s)

Chapter: 13
Bankruptcy No: 23−11629−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 12, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge, United States Bankruptcy Court

31
Form 155